

| | |
|---|---|
| 1 | CAMPEAU GOODSELL SMITH, L.C. |
| | SCOTT L. GOODSELL, #122223 |
| 2 | WILLIAM J. HEALY, #146158 |
| | 440 N. 1st St., #100 |
| 3 | San Jose, California 95113 |
| | Telephone: (408) 295-9555 |

IT IS SO ORDERED.
Signed August 11, 2014

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

ATTORNEYS FOR
Plaintiff Campeau Goodsell Smith, L

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re:                                  )
                                        )  Case No. 03-56788-ASW
TELEPATH CORPORATION,                   )
                                        )       CHAPTER 11
                                        )
            Debtor.                     )
                                        )
                                        )
                                        )
                                        )
                                        )

CAMPEAU GOODSELL SMITH, L.C., a law      Adversary Proceeding Case No. 14-05041
corporation,

            Plaintiff,                   **ORDER APPROVING STIPULATION
                                         FOR DISMISSAL**
vs.

TELEPATH CORPORATION; and DOES 1
through 20,

            Defendants.


The court, having read and considered the Stipulation for Dismissal signed and filed by Plaintiff CAMPEAU GOODSELL SMITH, L.C. for itself ("Plaintiff" and/or "CGS") and Defendant TELEPATH CORPORATION for itself ("Defendant" or "Telepath") ("Stipulation") and found good cause, does hereby approve the Stipulation and therefore:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the above entitled

-1-

1 adversary proceeding is dismissed with prejudice and each party to bear its own attorney's
2 fees and costs.

***End of Order***

All ECF Recipients